Exhibit E

CAC NOT LICENSED

# CONSUMER FINANCE LICENSEES

## OPERATING IN VIRGINIA
## AT THE CLOSE OF BUSINESS AUGUST 20, 2025



## BUREAU OF FINANCIAL INSTITUTIONS
## STATE CORPORATION COMMISSION
## COMMONWEALTH OF VIRGINIA

## STATE CORPORATION COMMISSION -- BUREAU OF FINANCIAL INSTITUTIONS
## CONSUMER FINANCE LICENSEES

### List of Licensed Offices as of August 20, 2025

**1st Franklin Financial Corporation**
CFI-215
   4105 Chesapeake Square Boulevard, Suite 105, City of Chesapeake, VA
   1701 Parkview Drive, City of Chesapeake, VA
   638 Southpark Boulevard, City of Colonial Heights, VA
   145 Holt Garrison Parkway, Suite 150, City of Danville, VA
   6493 Mechanicsville Turnpike, Suite B, Mechanicsville, Hanover County, VA
   1250 Volunteer Parkway, Suite 1, Bristol, Not Assigned, TN
   11550 IH-10 West. Suite 234, San Antonio, Not Assigned, TX
   135 Tugalo Street, Toccoa, Not Assigned, GA
   135 Cook Street, Abingdon, Washington County, VA
   209 Village Avenue, Suite A, Yorktown, York County, VA

**60MonthLoans, Inc.**
CFI-212
   640 Menlo Avenue, Suite 10, Menlo Park, Not Assigned, CA

**Approve Lending, LLC**
CFI-226
   900 N. Michigan Avenue, Suite 1600A, Chicago, Not Assigned, IL 60611

**Arivo Acceptance, LLC**
CFI-259
   4770 S 5600 W, Suite 200, West Valley City, Not Assigned, UT 84118

**Atlantic Discount Corp. d/b/a Atlantic Financial Services**
CFI-103
   812 Eden Way North, City of Chesapeake, VA

**Auxilior Capital Partners, Inc.**
CFI-248
   620 West Germantown Pike, Suite 450, Plymouth Meeting, Not Assigned, PA 19462

**Boyledown Lending Inc.**
CFI-256
   285 Crockett Hill Lane, Cross Junction, Frederick County, VA

**Exeter Finance LLC**
CFI-231
   2101 West John Carpenter Freeway, Irving, Not Assigned, TX

**Fairfax Elite Financial Services, LLC d/b/a LoanMax**
CFI-246
   21486 Timberlake Road, Campbell County, VA
   2722 West Mercury Boulevard, City of Hampton, VA
   7455 Tidewater Drive, City of Norfolk, VA
   6109 East Virginia Beach Boulevard, Suite A, City of Norfolk, VA
   4116 Lankford Highway, Exmore, Northampton County, VA
   4013 W. Mercury Boulevard, City of Hampton, Not Assigned, VA
   2007 Victory Boulevard, City of Portsmouth, Not Assigned, VA
   1512 East Washington Street, City of Petersburg, VA
   1816 Peery Drive, Farmville, Prince Edward County, VA
   8375 Centreville Road, Prince William County, VA
   8605 Sudley Road, Prince William County, VA
   6100 Midlothian Turnpike, City of Richmond, VA
   1301 Orange Avenue NE, City of Roanoke, VA
   10654 Patriot Highway, Spotsylvania County, VA

2

**STATE CORPORATION COMMISSION -- BUREAU OF FINANCIAL INSTITUTIONS**
**CONSUMER FINANCE LICENSEES**

## List of Licensed Offices as of August 20, 2025

**Fairfax Elite Financial Services, LLC d/b/a LoanMax (Continued)**

CFI-246

2608 Valley Avenue, City of Winchester, VA

**Franklin Finance Company, Incorporated**

CFI-52

1480 North Main Street, Rocky Mount, Franklin County, VA

**Ironhorse Funding LLC**

CFI-245

100 Cummings Center, Suite 233G, Beverly, Not Assigned, MA

**Langley Lending Services, LLC d/b/a CUautoFI**

CFI-227

11742 Jefferson Avenue, Suite 260, City of Newport News, VA

**Lendbuzz Funding LLC**

CFI-234

100 Summer Street, Suite 3150, Boston, Not Assigned, MA

**Lendmark Financial Services, LLC**

CFI-104

225 Connor Drive , Albemarle County, VA
1862 Abbey Road, Albemarle County, VA
300 Amelon Square, #19, Madison Heights, Amherst County, VA
18013 Forest Road, Suite A-08, Forest, Bedford County, VA
185 Dominion Place, Suite 1, City of Bristol, VA
105 Clarion Road, Suite K, Altavista, Campbell County, VA
927 Battlefield Boulevard, Suite 100, City of Chesapeake, VA
4107 Portsmouth Blvd., Suite 114, City of Chesapeake, VA
1851 Southpark Boulevard, City of Colonial Heights, VA
15173 Montanus Drive, Culpeper, Culpeper County, VA
625 Piney Forest Road, Suite 201, City of Danville, VA
1830 Tappahannock Boulevard, Tappahannock, Essex County, VA
5953 Centreville Crest Lane, Centreville, Fairfax County, VA
253 Market Street, Frederick County, VA
1320 Central Park Boulevard, Suite 104, City of Fredericksburg, VA
544 E. Stuart Drive, Suite B, City of Galax, VA
6719 Fox Centre Parkway, Gloucester County, VA
4126 Halifax Road, South Boston, Halifax County, VA
2040 Coliseum Drive, Suite A-15 , City of Hampton, VA
7230 Bell Creek Road, Suite F, Mechanicsville, Hanover County, VA
1866 E. Market Street, Suite B, City of Harrisonburg, VA
9853 Brook Road, Suite 102, Glen Allen, Henrico County, VA
7526 West Broad Street, Henrico County, VA
5211 S. Laburnum Avenue, Henrico County, VA
2430 Virginia Avenue, Collinsville, Henry County, VA
510-H East Market Street, Leesburg, Loudoun County, VA
1167 E. Atlantic Street, South Hill, Mecklenburg County, VA
1568 N. Franklin Street, Christiansburg, Montgomery County, VA
954 J Clyde Morris Boulevard, Suite 105, City of Newport News, VA
12551 Jefferson Avenue, Suite 217, City of Newport News, VA
3323 S. Crater Road, Suite A, City of Petersburg, VA
907 S. Main Street, Suite 9, Farmville, Prince Edward County, VA
3109 Golansky Boulevard, Woodbridge, Prince William County, VA
10370 Portsmouth Road, Prince William County, VA

3

## STATE CORPORATION COMMISSION -- BUREAU OF FINANCIAL INSTITUTIONS
### CONSUMER FINANCE LICENSEES

### List of Licensed Offices as of August 20, 2025

**Lendmark Financial Services, LLC (Continued)**

CFI-104

7101 Forest Hill Avenue, Suite T, City of Richmond, VA
4760 Valley View Boulevard NW, Suite 50, City of Roanoke, VA
750 N. Lee Highway, Rockbridge County, VA
147 Electric Road, City of Salem, VA
5446 Southpoint Plaza Way, Spotsylvania County, VA
729 Richmond Avenue, Suite 103, City of Staunton, VA
2815 Godwin Boulevard, Suite K, City of Suffolk, VA
5072 Ferrell Parkway, Suite 108, City of Virginia Beach, VA
4725 Virginia Beach Boulevard, Suite 160, City of Virginia Beach, VA
750 Independence Boulevard, Suite 4582, City of Virginia Beach, VA
290 Remount Road, Front Royal, Warren County, VA
115 G Lucy Lane, Suite A, City of Waynesboro, VA
1155 N 4th Street, Suite 107, Wytheville, Wythe County, VA
6614 Mooretown Road, Suite B, York County, VA

**MBOCAL Corporation (Used in VA by: MBOCAL)**

CFI-193

970 Reserve Drive, Suite 201, Roseville, Not Assigned, CA

**Mariner Finance of Virginia, LLC**

CFI-114

315 Rivanna Plaza Drive, Suite 115, Albemarle County, VA
831 Lew Dewitt Boulevard, Suite 108, Augusta County, VA
1720 Sentinel Drive, Suite 116, City of Chesapeake, VA
12654 Jefferson Davis Highway, Chester, Chesterfield County, VA
13102 Midlothian Turnpike, Midlothian, Chesterfield County, VA
211 Nor Dan Drive #1165, City of Danville, VA
2217 Plank Road, City of Fredericksburg, VA
7445 Lee Davis Road, Suite 106, Mechanicsville, Hanover County, VA
1790 East Market Street, Suite 86, City of Harrisonburg, VA
9683 West Broad Street, Glen Allen, Henrico County, VA
45591 Dulles Eastern Plaza, Suite 134, Sterling, Loudoun County, VA
3211-D Forest Brook Road, City of Lynchburg, VA
210 Arthur Way, City of Newport News, VA
5802 E. Virginia Beach Boulevard, Suite 121, City of Norfolk, VA
8110 Corporate Drive, Nottingham, Not Assigned, MD
3905 N Dallas Parkway, Suite 125, Plano, Not Assigned, TX
2024 Daniel Stuart Square, Suite 31, Woodbridge, Prince William County, VA
10780 Sudley Manor Drive, Prince William County, VA
1377 Towne Square Boulevard, NW, City of Roanoke, VA
829 Lynnhaven Parkway, Suite 119, City of Virginia Beach, VA
90 Riverton Commons Plaza, Suite 30, Front Royal, Warren County, VA
2213 Papermill Road, City of Winchester, VA
194 Dominion Street, Wytheville, Wythe County, VA

**Notable Finance, LLC**

CFI-243

6 Landmark Square, 4th Floor, Stamford, Not Assigned, CT

**Omni Financial of Nevada, Inc.**

CFI-176

15525 Warwick Boulevard, Unit 109, City of Newport News, VA
131 W. Little Creek Road, City of Norfolk, VA
6655 W. Sahara Avenue, Suite C104, Las Vegas, Not Assigned, NV

4

**STATE CORPORATION COMMISSION -- BUREAU OF FINANCIAL INSTITUTIONS**
**CONSUMER FINANCE LICENSEES**

## List of Licensed Offices as of August 20, 2025

**Omni Financial of Nevada, Inc. (Continued)**

CFI-176

4229 Crossings Boulevard, Prince George County, VA

**OneMain Financial Group, LLC**

CFI-156

25258 Lankford Highway , Onley, Accomack County, VA
1962 Rio Hill Shopping Center, Albemarle County, VA
2800 Eisenhower Avenue, Suite 110, City of Alexandria, VA
Turn One Center, 2600 Dearing Ford Road, Suite B, Altavista, Campbell County, VA
4300 Portsmouth Boulevard, Suite 178, City of Chesapeake, VA
1200 North Battlefield Boulevard, Suite 122, City of Chesapeake, VA
2033 Walmart Way , Midlothian, Chesterfield County, VA
9947 Hull Street Road, Oxbridge Square, North Chesterfield, Chesterfield County, VA
798 Southpark Boulevard, Suite 30, City of Colonial Heights, VA
1260 South Craig Avenue, City of Covington, VA
327 Southgate Shopping Center, Culpeper, Culpeper County, VA
1155 Piney Forest Road, Suite E, City of Danville, VA
301 Market Drive, Suite J, Emporia Commons Shopping Center, City of Emporia, VA
510 Spring Street, Suite 150, Herndon, Fairfax County, VA
Springfield Plaza Shopping Center, 7219 Commerce Street, Springfield, Fairfax County, VA
400 Old Franklin Turnpike, Suite 102, Rocky Mount, Franklin County, VA
1340 Central Park Boulevard, Suite 205, City of Fredericksburg, VA
1057 E. Stuart Drive, Suite 15, Twin County Plaza, City of Galax, VA
6549 Market Drive, Gloucester, Gloucester County, VA
3601 Old Halifax Road, Suite 1000 , South Boston, Halifax County, VA
3005 West Mercury Boulevard, City of Hampton, VA
Coliseum Corner, 2189 Cunningham Drive, City of Hampton, VA
7344 Bell Creek Road, Hanover Square, Mechanicsville, Hanover County, VA
1719 S. High Street, Rockingham Square, City of Harrisonburg, VA
11422 W. Broad Street, Glen Allen, Henrico County, VA
Bellewood Commons Shopping Center, 531-C East Market Street, Leesburg, Loudoun County, VA
501 East Main Street, Suite 112, Louisa Marketplace, Louisa County, VA
2144 Wards Road, Lynchburg Hills Plaza, City of Lynchburg, VA
10440 Bells Ford Road Suite 160, City of Manassas, VA
Liberty Fair Convenience Center, 247 Commonwealth Boulevard West, Suite 6, City of Martinsville, VA
851 East 2nd Street, Maxway Plaza, Chase City, Mecklenburg County, VA
Foothills Plaza, 1580 N. Franklin Street, Suite 2, Christiansburg, Montgomery County, VA
12785 Jefferson Avenue, City of Newport News, VA
1269 North Military Highway, Suite 1, Broadcreek Shopping Center, City of Norfolk, VA
725 E. Little Creek Road, Suite 507, City of Norfolk, VA
732 Commonwealth Drive, Norton Commons, City of Norton, VA
913 Memorial Drive East, Ahoskie, Not Assigned, NC
2124 Volunteer Parkway, Suite 6, Bristol, Not Assigned, TN
900 W Enringhaus Street, Suite E, Elizabeth City , Not Assigned, NC
601 NW Second Street, Evansville, Not Assigned, IN
605 Munn Road, Suite 301, Fort Mill, Not Assigned, SC
414 E. Main Street, Jefferson, Not Assigned, NC
600 N. State of Franklin Road, Suite 6, Johnson City, Not Assigned, TN
2003 N. Eastman Road, Suite 30, Kingsport, Not Assigned, TN
Peerless Plaza Shoping Center, 823 S. Main Street, Lexington, Not Assigned, NC
725 Industrial Boulevard, London, Not Assigned, KY
Mayodan Shopping Center, 131 Commerce, Lane, Suite K, Mayodan, Not Assigned, NC
New Market Cross Shopping Center, 633 W. Independence Boulevard, Mount Airy, Not Assigned, NC
1253 Stafford Drive, Princeton, Not Assigned, WV

5

## STATE CORPORATION COMMISSION -- BUREAU OF FINANCIAL INSTITUTIONS
## CONSUMER FINANCE LICENSEES

### List of Licensed Offices as of August 20, 2025

**OneMain Financial Group, LLC (Continued)**

CFI-156

1408 Freeway Drive, Reidsville, Not Assigned, NC
300 Becker Drive, Roanoke Rapids, Not Assigned, NC
Madison Square, 805 N. Madison Boulevard, Roxboro, Not Assigned, NC
4920 S. Wendler Drive, Suite 202, Tempe, Not Assigned, AZ
2783 South Leadership Court, Suite 400, West Valley City, Not Assigned, UT
1539 South Main Street, Suite 1539, Blackstone, Nottoway County, VA
567 N. Madison Road, Orange County, VA
South Crater Shopping Center, 3330 South Crater Road, Suite 9A, City of Petersburg, VA
1506 S. Main Street, Suite 10, Farmville, Prince Edward County, VA
2750 Killarney Dr., Suite 205, Woodbridge, Prince William County, VA
7345 Lee Highway, Shoppes at Fairlawn, Fairlawn, Pulaski County, VA
5050 Richmond Road, Suite A, Warsaw, Richmond County, VA
1369 Towne Square Boulevard NW, City of Roanoke, VA
102 East Midland Trail, Rockbridge County, VA
290 Shen Elk Plaza , Shen Elk Shopping Center, Elkton, Rockingham County, VA
1066 Hisey Avenue, Suite 103, Woodstock, Shenandoah County, VA
9815 Patriot Highway, Spotsylvania County, VA
556 Garrisonville Road, Suite 102, Stafford County, VA
1009 Centerbrook Lane, Suite 14, Centerbrook Village, City of Suffolk, VA
113 Short Street, Suite 6, Pounding Mill, Tazewell County, VA
4000 Virginia Beach Boulevard, Suite 132, City of Virginia Beach, VA
Providence Square Shopping Center, 967 Providence Square, Suite 16, City of Virginia Beach, VA
411-E South Street, Front Royal, Warren County, VA
819 Village Boulevard, Abingdon, Washington County, VA
821 Town Center Drive, Suite A, Waynesboro Town Center, City of Waynesboro, VA
2007 South Loudoun Street, Commonwealth Plaza, City of Winchester, VA
330 Commonwealth Drive, Suite 6, Wytheville Commons, Wytheville, Wythe County, VA
Williamsburg Market Center, 6610-L Mooretown Road, York County, VA

**Pier Lending LLC**

CFI-253

575 Market Street, Suite 717, San Francisco, Not Assigned, CA 94105

**Pure Financial Group LLC d/b/a Pure Financial Group**

CFI-186

14880 Sweitzer Lane, Suite D, Laurel, Not Assigned, MD

**Regional Acceptance Corporation**

CFI-232

336 Fox Meadow Lane, Banner Elk, Not Assigned, NC
1424 East Fire Tower Road, Greenville, Not Assigned, NC
11331 San Jose Boulevard, Jacksonville, Not Assigned, FL

**Regional Finance Company of Virginia, LLC d/b/a Regional Finance**

CFI-161

480 Twenty-ninth Place Court, Albemarle County, VA
1434 Sams Drive, Suite 105, City of Chesapeake, VA
583 Southpark Boulevard, City of Colonial Heights, VA
165 Holt Garrison Parkway, Unit 560B, City of Danville, VA
6506 Loisdale Road, Suite 200, Springfield, Fairfax County, VA
2101 Executive Drive, Suite 410, City of Hampton, VA
7225 Bell Creek Road, Suite 268, Mechanicsville, Hanover County, VA
4511 John Tyler Highway, Suite A, James City County, VA
932 Edwards Ferry Road NE, Suite B1, Leesburg, Loudoun County, VA

6

**STATE CORPORATION COMMISSION -- BUREAU OF FINANCIAL INSTITUTIONS**
**CONSUMER FINANCE LICENSEES**

## List of Licensed Offices as of August 20, 2025

**Regional Finance Company of Virginia, LLC d/b/a Regional Finance (Continued)**

CFI-161

 3920 Wards Road, Suite E, City of Lynchburg, VA
 9668 Liberia Avenue, City of Manassas, VA
 112 Peppers Ferry Road, N.W., Christiansburg, Montgomery County, VA
 5700 Lake Wright Drive, Suite 200, City of Norfolk, VA
 979 Batesville Road, Suite B, Greer, Not Assigned, SC
 5340 Legacy Drive, Suite 325, Plano, Not Assigned, TX
 14516 Smoketown Road, Woodbridge, Prince William County, VA
 3260 Electric Road, Suite 501, Roanoke County, VA
 3940 Plank Road, Suite K, Spotsylvania County, VA
 1457 North Main Street, City of Suffolk, VA
 780 Lynnhaven Parkway, Suite 270, City of Virginia Beach, VA
 340 Towne Center Drive, Abingdon, Washington County, VA
 2516 S. Pleasant Valley Road, City of Winchester, VA

**Republic Finance, LLC**

CFI-196

 360 Pantops Center, Albemarle County, VA
 7 Dunlop Village #70, City of Colonial Heights, VA
 340 Oyster Point Road, Suite 105, City of Newport News, VA
 2810 Coliseum Centre Drive, Suite 400, Charlotte, Not Assigned, NC
 8428 Parkwood Boulevard, Plano, Not Assigned, TX
 7484 Limestone Drive, Gainesville, Prince William County, VA
 14518 Smoketown Road, Woodbridge, Prince William County, VA
 3565 Electric Road, Suite A, Roanoke County, VA
 3809 Princess Anne Road, Suite 108E, City of Virginia Beach, VA

**Skopos Financial, LLC d/b/a Reprise Financial**

CFI-217

 8333 Ridgepoint Drive, Suite 150, Irving, Not Assigned, TX

**Southern Finance Corp.**

CFI-69

 1624 U. S. Highway 23 North, Suite 102, Weber City, Scott County, VA

**Stratus Financial LLC**

CFI-244

 2901 W Coast Highway, Suite 200, Newport Beach, Not Assigned, CA

**Transform Credit Inc.**

CFI-247

 332 South Michigan Avenue Floor 9, Chicago, Not Assigned, IL
 Suite 7, Walton House 56-58 Richmond Hill, Bournemouth, UK BH26EX, Not Assigned, NA

**Virginia Finance, LLC**

CFI-118

 625 Piney Forest Road, Suite 203B, City of Danville, VA
 2774 Greensboro Road, Henry County, VA

*Exhibit C.1*

Code of Virginia
Title 6.2. Financial Institutions and Services
Chapter 15. Consumer Finance Companies

# § 6.2-1501. Compliance with chapter; license required; attempts to evade application of chapter.

A. No person shall engage in the business of making loans to individuals for personal, family, househo or other nonbusiness purposes, and charge, contract for, or receive, directly or indirectly, on or in connection with any loan interest, charges, compensation, consideration, or expense that in the aggregate is greater than the interest permitted by § 6.2-303, whether or not the person has a location the Commonwealth, except as provided in and authorized by this chapter, Chapter 18 (§ 6.2-1800 et seq.), or Chapter 22 (§ 6.2-2200 et seq.) and without first having obtained a license from the Commission.

B. Subject to subdivision C 3 and subsection C of § 6.2-1524, the prohibition in subsection A shall not l construed to prevent any person, other than a licensee, from:

1. Providing the services of an access partner described in § 6.2-1523.1;

2. Making a mortgage loan pursuant to §§ 6.2-325 and 6.2-326 or §§ 6.2-327 and 6.2-328 in any princij amount; or

3. Extending credit as described in § 6.2-312 in any amount.

C. The provisions of subsection A shall apply to any person who seeks to evade its application by any device, subterfuge, or pretense whatsoever, including:

1. The loan, forbearance, use, or sale of (i) credit, as guarantor, surety, endorser, comaker, or otherwise (ii) money; (iii) goods; or (iv) things in action;

2. The use of collateral or related sales or purchases of goods or services, or agreements to sell or purchase, whether real or pretended; receiving or charging compensation for goods or services, wheth or not sold, delivered, or provided; and

3. The real or pretended negotiation, arrangement, or procurement of a loan through any use or activit of a third person, whether real or fictitious.

D. No person shall engage in the business of arranging or brokering consumer finance loans for any consumer residing in the Commonwealth, whether or not the person has an office or conducts busines at a location in the Commonwealth.

E. The provisions of this section shall apply to any person, whether or not the person has an office or

con... ... ... ...the... ...lth.

F. Any loan made in violation of this section is void, and no person shall have the right to collect, receive, or retain any principal, interest, fees, or other charges in connection with the loan.

Code 1950, §§ 6-279, 6-281; 1956, c. 71; 1966, c. 584, §§ 6.1-249, 6.1-251; 1968, c. 489; 1974, c. 371; 19: c. 502; 1995, c. 2; 1998, c. 9; 2001, c. 308; 2002, c. 897; 2010, cc. 477, 794; 2020, cc. 1215, 1258.

The chapters of the acts of assembly referenced in the historical citation at the end of this section may not constitute a comprehensive list of such chapters and may exclude chapters whose provisions have expired.

8/22/20

📖 Virginia Law Library

The Code of Virginia, Constitution of Virginia, Charters, Authorities, Compacts and Uncodified Acts are now available in EPub eBook format. ⊙

❓ Helpful Resources

Virginia Code Commission

Virginia Register of Regulations

U.S. Constitution

🔧 For Developers

The Virginia Law website data is available via a web service. ⊙



Code of Virginia
Title 6.2. Financial Institutions and Services
Chapter 3. Interest and Usury

Exhibit E.2
6.2 303-306

# § 6.2-303. Contracts for more than legal rate of interest.

A. Except as otherwise permitted by law, no contract shall be made for the payment of interest on a loa at a rate that exceeds 12 percent per year.

B. Laws that permit payment of interest at a rate that exceeds 12 percent per year are set out, without limitation, in:

1. Article 4 (§ 6.2-309 et seq.) of this chapter;

2. Chapter 15 (§ 6.2-1500 et seq.), relating to powers of consumer finance companies;

3. Chapter 18 (§ 6.2-1800 et seq.), relating to short-term loans;

4. Chapter 22 (§ 6.2-2200 et seq.), relating to interest chargeable by motor vehicle title lenders;

5. Section 36-55.31, relating to loans by the Virginia Housing Development Authority;

6. Section 38.2-1806, relating to interest chargeable by insurance agents;

7. Chapter 47 (§ 38.2-4700 et seq.) of Title 38.2, relating to interest chargeable by premium finance companies;

8. Section 54.1-4008, relating to interest chargeable by pawnbrokers; and

9. Section 58.1-3018, relating to interest and origination fees payable under third-party tax payment agreements.

C. In the case of any loan upon which a person is not permitted to plead usury, interest and other charges may be imposed and collected as agreed by the parties.

D. Any provision of this chapter that provides that a loan or extension of credit may be enforced as agreed in the contract of indebtedness, shall not be construed to preclude the charging or collecting of other loan fees and charges permitted by law, in addition to the stated interest rate. Such other loan fe and charges need not be included in the rate of interest stated in the contract of indebtedness.

E. The provisions of subsection A shall apply to any person who seeks to evade its application by any device, subterfuge, or pretense whatsoever, including:

1. The loan, forbearance, use, or sale of (i) credit, as guarantor, surety, endorser, comaker, or otherwise;

2. The use of collateral or related sales or purchases of goods or services, or agreements to sell or purchase, whether real or pretended; receiving or charging compensation for goods or services, wheth or not sold, delivered, or provided; and

3. The real or pretended negotiation, arrangement, or procurement of a loan through any use or activit of a third person, whether real or fictitious.

F. Any contract made in violation of this section is void and no person shall have the right to collect, receive, or retain any principal, interest, fees, or other charges in connection with the contract.

G. Any contract entered into on or after July 1, 2024, pursuant to which a person receives a cash advan for assigning to a company or other entity a portion of such person's rights to receive inheritance fund from a will that has been, or is anticipated to be, offered for probate in a circuit court of the Commonwealth shall be considered a loan. Any funds such person is obligated to pay under the terms such contract in addition to the total of the cash advance shall be considered interest. Such contract shall be subject to the provisions of subsection A.

1987, c. 622, § 6.1-330.55; 1997, c. 180; 2002, c. 897; 2010, cc. 477, 794; 2020, cc. 1215, 1258; 2024, c. 72

The chapters of the acts of assembly referenced in the historical citation at the end of this section may not constitute a comprehensive list of such chapters and may exclude chapters whose provisions have expired.

8/22/20

Session Information          Bills & Resolutions          State Budget

Virginia Law          Reports to the General Assembly

Code of Virginia
Title 6.2. Financial Institutions and Services
Chapter 3. Interest and Usury

# § 6.2-304. Plea of usury; judgment.

Any borrower may plead in general terms that the contract on which the action is brought was for the payment of interest greater than is allowed by statute. If the court determines that the contract is usurious, judgment shall be rendered only for the principal sum.

1987, c. 622, § 6.1-330.56; 2010, c. 794.

The chapters of the acts of assembly referenced in the historical citation at the end of this section may not constitute a comprehensive list of such chapters and may exclude chapters whose provisions have expired.

8/22/20

*Virginia Law Library*
The Code of Virginia, Constitution of Virginia, Charters, Authorities, Compacts and Uncodified Acts are now available in EPub eBook format. ❯

❓ Helpful Resources
Virginia Code Commission
Virginia Register of Regulations
U.S. Constitution

🔧 For Developers
The Virginia Law website data is available via a web service. ❯



Session Information    Bills & Resolutions    State Budget

Virginia Law    Reports to the General Assembly

Code of Virginia
Title 6.2. Financial Institutions and Services
Chapter 3. Interest and Usury

# § 6.2-305. Recovery of twice total usurious interest paid; limitation of action; injunction to prevent sal of property pending action; effect of errors in computation.

A. If interest in excess of that permitted by an applicable statute is paid upon any loan, the person paying may bring an action within two years from the first to occur of: (i) the date of the last schedulec loan payment or (ii) the date of payment of the loan in full, to recover from the person taking or receiving such payments:

1. The total amount of the interest paid to such person in excess of that permitted by the applicable statute;

2. Twice the total amount of interest paid to such person during the two years immediately preceding the date of the filing of the action; and

3. Court costs and reasonable attorney fees.

B. If the sale of property in which an interest has been conveyed to secure the payment of the debt is scheduled or anticipated, an injunction may be granted to prevent such sale pending the completion o an action brought pursuant to subsection A.

C. Any creditor who proves that interest or other charges in excess of those permitted by law were imposed or collected as a result of a bona fide error in computation or similar mistake shall not be liab for the penalties prescribed in this section. In such event, the creditor shall only be liable to return to the borrower the amount of interest or other charges collected in excess of the amount permitted by applicable statute.

1987, c. 622, § 6.1-330.57; 2010, c. 794.

The chapters of the acts of assembly referenced in the historical citation at the end of this section may not constitute a comprehensive list of such chapters and may exclude chapters whose provisions have expired.

8/22/20

Virginia Law Library
The Code of Virginia, Constitution of Virginia, Charters, Authorities, Compacts and Uncodified Acts are now available in EPub eBook format. ↻

Helpful Resources
Virginia Code Commission
Virginia Register of Regulations
U.S. Constitution

For Developers
The Virginia Law website data is available via a web service. ↻

Session Information    Bills & Resolutions    State Budget

Virginia Law    Reports to the General Assembly

Code of Virginia
Title 6.2. Financial Institutions and Services
Chapter 3. Interest and Usury

# § 6.2-306. Waiver of rights violative of public policy

A. Any agreement or contract in which the borrower waives the benefits of this chapter or releases any rights he may have acquired under this chapter shall be deemed to be against public policy and void.

B. The provisions of subsection A shall not apply to a waiver of benefits or release of rights made subsequent to a loan as part of a settlement of potential or pending claims by a borrower involving such loan.

1987, c. 622, § 6.1-330.58; 2010, c. 794.

The chapters of the acts of assembly referenced in the historical citation at the end of this section may not constitute a comprehensive list of such chapters and may exclude chapters whose provisions have expired.

8/22/20

📖 Virginia Law Library

The Code of Virginia, Constitution of Virginia, Charters, Authorities, Compacts and Uncodified Acts are now available in EPub eBook format. ➲

❷ Helpful Resources

Virginia Code Commission
Virginia Register of Regulations
U.S. Constitution

🔧 For Developers

The Virginia Law website data is available via a web service. ➲



We record the amount advanced to the Dealer as a Dealer Loan, which is classified within Loans receivable in our consolidated balance sheets. Cash advanced to the Dealer is automatically assigned to the Dealer's open pool of advances. Dealers make an election as to how many Consumer Loans (either 50 or 100) will be assigned to an open pool before it is closed, and subsequent advances are assigned to a new pool. Unless we receive a request from the Dealer to keep a pool open, we automatically close each pool based on the Dealer's election. All advances within a Dealer's pool are secured by the future collections on the related Consumer Loans assigned to the pool. For Dealers with more than one pool, the pools are cross-collateralized so the performance of other pools is considered in determining eligibility for Dealer Holdback. We perfect our security interest with respect to the Dealer Loans by obtaining control or taking possession of the Consumer Loans, which list us as lien holder on the vehicle title.

The Dealer servicing agreement provides that collections received by us during a calendar month on Consumer Loans assigned by a Dealer are applied on a pool-by-pool basis as follows:

- first, to reimburse us for certain collection costs;
- second, to pay us our servicing fee, which generally equals 20% of collections;
- third, to reduce the aggregate advance balance and to pay any other amounts due from the Dealer to us; and
- fourth, to the Dealer as payment of Dealer Holdback.

If the collections on Consumer Loans from a Dealer's pool are not sufficient to repay the advance balance and any other amounts due to us, the Dealer will not receive Dealer Holdback. Certain events may also result in Dealers forfeiting their rights to Dealer Holdback, including becoming inactive before assigning 100 Consumer Loans.

Dealers have an opportunity to receive an accelerated Dealer Holdback payment each time a pool of Consumer Loans is closed. The amount paid to the Dealer is calculated using a formula that considers the number of Consumer Loans assigned to the pool and the related forecasted collections and advance balance.

Since typically the combination of the advance and the consumer's down payment provides the Dealer with a cash profit at the time of sale, the Dealer's risk in the Consumer Loan is limited. We cannot demand repayment of the advance from the Dealer except in the event the Dealer is in default of the Dealer servicing agreement. Advances are made only after the consumer and Dealer have signed a Consumer Loan contract, we have received the executed Consumer Loan contract and supporting documentation in either physical or electronic form, and we have approved all of the related stipulations for funding.

For accounting purposes, the transactions described under the Portfolio Program are not considered to be loans to consumers. Instead, our accounting reflects that of a lender to the Dealer. The classification as a Dealer Loan for accounting purposes is primarily a result of (1) the Dealer's financial interest in the Consumer Loan and (2) certain elements of our legal relationship with the Dealer.

Purchase Program

The Purchase Program differs from our Portfolio Program in that the Dealer receives a one-time payment from us at the time of assignment to purchase the Consumer Loan instead of a cash advance at the time of assignment and future Dealer Holdback payments. For accounting purposes, the transactions described under the Purchase Program are considered to be originated by the Dealer and then purchased by us.

Program Enrollment

Dealers are granted access to our Portfolio Program upon enrollment. Access to the Purchase Program is typically only granted to Dealers that meet one of the following:

- assigned at least 50 Consumer Loans under the Portfolio Program;
- franchise dealership; or
- independent dealership that meets certain criteria upon enrollment.

Exhibit E.4.2

PART I

## ITEM 1.  BUSINESS

### General

Since 1972, Credit Acceptance Corporation (referred to as the "Company", "Credit Acceptance", "we", "our" or "us") has offered financing programs that enable automobile dealers to sell vehicles to consumers, regardless of their credit history.  Our financing programs are offered through a nationwide network of automobile dealers who benefit from sales of vehicles to consumers who otherwise could not obtain financing; from repeat and referral sales generated by these same customers; and from sales to customers responding to advertisements for our financing programs, but who actually end up qualifying for traditional financing.

Without our financing programs, consumers are often unable to purchase vehicles or they purchase unreliable ones.  Further, as we report to the three national credit reporting agencies, an important ancillary benefit of our programs is that we provide consumers with an opportunity to improve their lives by improving their credit score and move on to more traditional sources of financing.

Credit Acceptance was founded to collect retail installment contracts (referred to as "Consumer Loans") originated by automobile dealerships owned by Donald Foss, our founder. During the 1980s, we began to market this service to non-affiliated dealers and, at the same time, began to offer dealers a non-recourse cash payment (referred to as an "advance") against anticipated future collections on Consumer Loans serviced for that dealer.

We refer to automobile dealers who participate in our programs and who share our commitment to changing consumers' lives as "Dealers." Upon enrollment in our financing programs, the Dealer enters into a Dealer servicing agreement with us that defines the legal relationship between Credit Acceptance and the Dealer. The Dealer servicing agreement assigns the responsibilities for administering, servicing, and collecting the amounts due on Consumer Loans from the Dealers to us. We are an indirect lender from a legal perspective, meaning the Consumer Loan is originated by the Dealer and assigned to us.

The majority of the Consumer Loans assigned to us are made to consumers with impaired or limited credit histories. The following table shows the percentage of Consumer Loans assigned to us with either FICO® scores below 650 or no FICO® scores:

|  | For the Years Ended December 31, | | |
| --- | --- | --- | --- |
| Consumer Loan Assignment Volume | 2023 | 2022 | 2021 |
| Percentage of total unit volume with either FICO® scores below 650 or no FICO® scores | 80.9 % | 84.8 % | 91.0 % |

In recent years, we have expanded our financing programs to consumers with higher credit ratings, which has contributed to the reduction in the percentage of total unit volume with either FICO® scores below 650 or no FICO® scores over the three year period presented above.

### Business Segment Information

We currently operate in one reportable segment which represents our core business of offering Dealers financing programs and related products and services that enable them to sell vehicles to consumers, regardless of their credit history. For information regarding our one reportable segment and related entity-wide disclosures, see Note 15 to the consolidated financial statements contained in Item 8 of this Form 10-K, which is incorporated herein by reference.

3